UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-----------------------------------------------------
                                    :
UNITED STATES OF AMERICA,           :          CASE NO. 1:12CR00381-005
                                    :
        Plaintiff,                  :
                                    :
vs;                                 :          ORDER
                                    :
ELIAN ZAYED AKA NASSER ZAYED        :
AKS NICK ZAYED,                     :                              :
                                    :
        Defendant.                  :
                                    :
                                    :
-----------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:


        A Report and Recommendation by Magistrate Judge Greg White was filed in this case on

October 26, 2012 [Doc. 88] recommending that defendant's plea of guilty be accepted and finding

of guilty be entered by this Court.

        The Court hereby adopts Magistrate Judge White's Report and Recommendation and accepts

the defendant's plea of guilty and enters a finding of guilty.

        IT IS SO ORDERED.


Dated: January 11, 2013                     s/        *James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE


-1-